IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TEXAS EASTERN TRANSMISSION, LP<br>5400 Westheimer Court<br>Houston, TX  77056,<br><br>       Plaintiff<br><br>       v.<br><br>THOMAS W. FLECK and<br>CATHY ANN FLECK<br>1872 West Rock Road<br>Perkasie, PA  18944,<br><br>       Defendants | CIVIL ACTION - EQUITY<br><br>No. _____ |

**MOTION FOR PRELIMINARY INJUNCTION
AND HEARING THEREON**

    Plaintiff, Texas Eastern Transmission, LP, a Delaware limited partnership, formerly known as Texas Eastern Transmission Corporation ("Texas Eastern"), by its attorneys, Keefer Wood Allen & Rahal, LLP, moves this Court, after notice and hearing, to grant a preliminary injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure, as prayed for in Texas Eastern's complaint, enjoining defendants Thomas W. Fleck and Cathy Ann Fleck, as follows:

(a)   From interfering with Texas Eastern's access to the subject rights of way for purposes of constructing, laying, maintaining, and operating the pipelines within the rights of way;

(b)   From interfering with or obstructing Texas Eastern's temporary working space as revealed in Exhibit B to Texas Eastern's Complaint; and

(c)   Granting Texas Eastern such other and further relief as the Court deems fair and just.

Respectfully submitted,

KEEFER WOOD ALLEN & RAHAL, LLP

Dated:  July 19, 2002

By_____
    Charles W. Rubendall II
    I.D. # 23172
    210 Walnut Street
    P.O. Box 11963
    Harrisburg, PA   17108-1963
    717-255-8010

    Attorneys for plaintiff,
    Texas Eastern Transmission, LP