**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

TEXAS EASTERN TRANSMISSION, LP  :
5400 Westheimer Court           :
Houston, TX  77056,             :
                                :
            Plaintiff           :
                                :        CIVIL ACTION - EQUITY
            v.                  :
                                :        No. _____
THOMAS W. FLECK and             :
CATHY ANN FLECK                 :
1872 West Rock Road             :
Perkasie, PA  18944,            :
                                :
            Defendants          :

**ORDER FOR HEARING ON PLAINTIFF'S
<u>MOTION FOR PRELIMINARY INJUNCTION</u>**

AND NOW, this _____ day of _____ 2002, upon consideration of the attached motion for preliminary injunction and hearing thereon, IT IS ORDERED that a hearing be set for _____, 2002, at _____ o'clock _____ in the Courthouse of the United States District Court for the Eastern District of Pennsylvania, at _____, Pennsylvania, courtroom no. _____.

_____
J.