IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


TEXAS EASTERN TRANSMISSION, LP          :

                                        :

            vs.                         :          CIVIL ACTION NO. 02-4956

                                        :

THOMAS W. FLECK AND CATHY ANN FLECK     :


# ORDER

      **AND NOW**, this 12th day of August, 2002, in view of the Consent Decree entered this date, IT IS HEREBY

      **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

      **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.


**BY THE COURT:**


_____
JOHN R. PADOVA,          J.


Civ. 13 (8/80)