```
                UNITED STATES DISTRICT COURT
               Eastern District of Pennsylvania
                      U.S. Court House
                   Independence Mall West
                      601 Market Street
                  Philadelphia, PA  19106-1797
                        215/597-1178
```

May 20, 2003

**NOTICE OF HEARING:**

RE:   Texas Eastern Transmission vs. Thomas W. Fleck & Cathy Fleck
      Civil Action No. 02-4956

Please be advised that a hearing on damages is scheduled for June 11, 2003 at 1:30 p.m. Courtroom 6A, 6th Floor, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

                                        Very truly yours,


                                        Gerrie Keane
                                        Deputy Clerk to Judge Padova

To: Charles Rubindall, Esq.
    Mr. & Mrs. Thomas Fleck