UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
U.S. Court House
Independence Mall West
601 Market Street
Philadelphia, PA  19106-1797
215/597-1178


May 28, 2003


**NOTICE OF HEARING:**


RE:  Texas Eastern Transmission vs. Thomas W. Fleck & Cathy Fleck
     Civil Action No. 02-4956


Please be advised that a hearing on damages is scheduled for
August 14, 2003 at 1:30 p.m. (Rescheduled from June 11, 2003) in
Courtroom 6A, 6th Floor, United States Courthouse, 601 Market
Street, Philadelphia, PA 19106.


Very truly yours,


Gerrie Keane
Deputy Clerk to Judge Padova

To: Charles Rubindall, Esq.
    Jeffery G. Trauger, Esquire