```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


TEXAS EASTERN TRANSMISSION,    :
LP,                            :
                               :     CIVIL ACTION - EQUITY
          Plaintiff            :
                               :        No. 02-CV-4956
          v.                   :
                               :         (Judge Padova)
THOMAS W. FLECK and            :
CATHY ANN FLECK,               :
                               :      FILED ELECTRONICALLY
          Defendants           :
```

**ORDER**

AND NOW, this _____ day of _____ 2003, upon consideration of plaintiff's motion to dismiss defendants' counterclaim, IT IS HEREBY ORDERED that the motion is GRANTED, and IT IS FURTHER ORDERED that defendants shall file an amended counterclaim within ___ days of the date of this order.

                                   _____
                                   United States District Judge