```
                UNITED STATES DISTRICT COURT
              Eastern District of Pennsylvania
                       U.S. Court House
                   Independence Mall West
                       601 Market Street
                  Philadelphia, PA  19106-1797
                         215/597-1178
```

August 18, 2003

**NOTICE OF HEARING:**

RE:   Texas Eastern Transmission vs. Thomas W. Fleck & Cathy Fleck
      Civil Action No. 02-4956

Please be advised that a hearing on damages is scheduled for October 23, 2003 at 1:30 p.m. (Rescheduled from August 14, 2003) in Courtroom 6A, 6th Floor, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

Very truly yours,

Gerrie Keane
Deputy Clerk to Judge Padova

To: Charles Rubindall, Esq.
    Jeffery G. Trauger, Esquire