IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TEXAS EASTERN TRANSMISSION | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THOMAS W. FLECK AND | : | |
| CATHY FLECK | : | NO. 02-4956 |

O R D E R

AND NOW, this 20th day of October, 2003, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is **ORDERED** that:

1. The above action is returned to the active trial docket;

2. The hearing scheduled for October 23, 2003 is cancelled;

3. Texas Eastern Transmission is released from obligation to maintain the injunction bond required under the August 12, 2002 Consent Decree;

4. The above action is DISMISSED with prejudice, pursuant to agreement of counsel without costs; and

6. This matter may be CLOSED statistically.

BY THE COURT:

_____
JOHN R. PADOVA,        J.